IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-cv-0265-D

| | |
|---|---|
| WAKEMED, as the Plan Administrator Of the WakeMed Retirement Savings Plan, And PLAN ADMINISTRATOR OF THE WAKEMED PENSION PLAN<br><br>Plaintiffs,<br><br>v.<br><br>LINDA F. JOHNSON, as the Administrator of The Estate of DONNA L. EVANS, MATTHEW J. EVANS, MEREDITH FLOOD, RENEE C. EVANS, F. JOHN EVANS and DALE TULLOCH,<br><br>Defendants. | ENTRY OF DEFAULT |

It appearing that a Complaint in Interpleader was filed in this case on May 15, 2012; that the Summons and Complaint in Interpleader were duly served upon Defendant, F. John Evans; that Defendant, Linda F. Johnson, as Administrator of the Estate of Donna L. Evans, filed an Answer to Complaint in Interpleader and Claim to Proceeds on June 8, 2012; that the Answer and Claim to proceeds were duly served upon Defendant, F. John Evans; and that no answer or other pleading has been filed by said Defendant as required by law;

Therefore, upon request of Defendant, Linda F. Johnson, as Administrator of the Estate of Donna L. Evans, default is hereby entered against the Defendant, F. John Evans, as provided in Rule 55(a) of the Federal Rules of Civil Procedure.

Julie A. Richards, Clerk of Court

BY: _Julie A. Richards_
      Clerk    7/31/2013