IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-cv-0265-D

WAKEMED, as the Plan Administrator
Of the WakeMed Retirement Savings Plan,
And PLAN ADMINISTRATOR OF THE
WAKEMED PENSION PLAN

    Plaintiffs,

v.

LINDA F. JOHNSON, as the Administrator
of The Estate of DONNA L. EVANS,
MATTHEW J. EVANS, MEREDITH
FLOOD, RENEE C. EVANS, F. JOHN
EVANS and DALE TULLOCH,

    Defendants.

ORDER GRANTING DEFAULT JUDGMENT

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, it appears that Judgment by Default should be entered against the Defendant, F. John Evans, based upon the following:

1. A Complaint in Interpleader was filed herein on May 15, 2012.

2. Plaintiff's Affidavit of Service, filed July 13, 2012, reflects that Defendant, F. John Evans, received service of process on May 18, 2012.

3. Defendant, F. John Evans, failed to answer, defend, or provide a responsive pleading in accordance with the Federal Rules of Civil Procedure.

4. An Entry of Default was made on July 31, 2013, and Defendant, F. John Evans, has yet to object or provide any responsive pleading.

5. The amount in controversy is a sum certain, a lump sum paid over to the Clerk, by the Plaintiff.

Accordingly, Judgment by Default is hereby entered against Defendant, F. John Evans, such that he shall have no claim or claims to or regarding the funds comprising the subject of this action in Interpleader.

SO ORDERED. This 18 day of September 2014.

JAMES C. DEVER III
Chief United States District Judge

2